# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL A. DEAN, :

       Petitioner,                      Case No. 3:19-cv-391

    - vs -                                 District Judge Thomas M. Rose
                                         Magistrate Judge Michael R. Merz

WARDEN, Ross Correctional
Institution,

       Respondent. :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 2) to whom this case was referred pursuant to 28 U.S.C. §636(b) and noting no objections were filed thereafter, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has now expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

**DONE** and **ORDERED** in Dayton, Ohio, this 23rd day of January, 2020.

                                                  *s/Thomas M. Rose
                                                              Thomas M. Rose
                                                       United States District Judge